IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| FRED WEST, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Civil Action No. 3:13-cv-2** |
| | ) | |
| APPALACHIAN ELECTRIC COOPERATIVE, | ) ) | |
|     Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice. The parties shall bear their own costs, expenses and attorneys' fees.

Respectfully filed on this the 23rd day of October, 2013.

By: s/ Adrienne L. Anderson
    Adrienne L. Anderson, BPR # 015971

ANDERSON BUSBY PLLC
P.O. Box 2588
Knoxville, TN 37901-2588
(865) 249-8011
AAnderson@andersonbusby.com

Attorneys for Plaintiff

By: s/ Aaron M. Christensen
    Aaron M. Christensen
    N.C. State Bar No. 21663 (*pro hac vice*)

SMITH AND CHRISTENSEN, LLP
5970 Fairview Road, Suite 126
Charlotte, NC 28210
(704) 522-1616
Christensen@smithchrist.com

Attorneys for Defendant